

STEVEN S. ALM
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

CHRIS A. THOMAS
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii  96850
Telephone:  541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR. NO. CR00-00483 DAE |
|---|---|---|
| Plaintiff, | ) | |
| | ) | INDICTMENT |
| vs. | ) | |
| | ) | [21 U.S.C. §§ 846 |
| CHAD LESTER YAMAMOTO, | ) | and 841(b)(1)(B)] |
| | ) | |
| Defendant. | ) | |

## INDICTMENT

The Grand Jury charges that:

On or about December 6, 2000, within the District of Hawaii, **CHAD LESTER YAMAMOTO**, did knowingly and intentionally attempt to possess with intent to distribute in excess of 500 grams of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 846, 841(a)(1), 841(b)(1)(B).

DATED: Dec 20         , 2000 at Honolulu, Hawaii.

A TRUE BILL

/S/

_____
FOREPERSON, GRAND JURY

_____
STEVEN S. ALM
United States Attorney
District of Hawaii

_____
ELLIOT ENOKI
First Assistant U.S. Attorney

_____
CHRIS A. THOMAS
Assistant U.S. Attorney

United States v. Chad Lester Yamamoto
"Indictment"
Cr. No. _____